No. 447.   BEARING JOBBERS, INC. ET AL. *v.* NICE BALL BEARING Co.   C. A. 7th Cir.   Certiorari denied.   *Floyd E. Thompson* for petitioners.   *Frank F. Fowle, Jr.* and *John R. Young* for respondent.

No. 3, Misc.   SCALF *v.* SKEEN, WARDEN.   Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied for the reason that the judgment below is based upon a non-federal ground adequate to support it.   Petitioner *pro se.   John G. Fox,* Attorney General of West Virginia, and *T. D. Kauffelt,* Assistant Attorney General, for respondent.

No. 186, Misc.   GARTON ET AL. *v.* COLORADO.   Supreme Court of Colorado.   Certiorari denied.   *Francis P. O'Neill* for petitioners.   *Duke Dunbar,* Attorney General of Colorado, *Frank A. Wachob,* Deputy Attorney General, and *Norman H. Comstock,* Assistant Attorney General, for respondent.

No. 190, Misc.   HAYSLIP *v.* WELLFORD ET AL.   Supreme Court of Tennessee.   Certiorari denied.   Petitioner *pro se.   Walter P. Armstrong, Jr.* and *W. Preston Battle* for respondents.

No. 191, Misc.   DeMARIOS *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 195, Misc.   SUPERO *v.* ILLINOIS.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 203, Misc.   DOHRMAN *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.